IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02148-RPM

KATHLEEN LABRASH,

      Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY and
REPUBLIC PARKING SYSTEM,

      Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **November 29, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 21, 2007.**

      The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

      Dated: October 15th, 2007

                                      BY THE COURT:
                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge