IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02148-RPM

KATHLEEN LABRASH,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY and
REPUBLIC PARKING SYSTEM,

    Defendants.

---

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

---

    On March 21, 2008, the plaintiff filed a Motion for Leave to Amend Complaint to Add Exemplary Damages Against Defendant [18]. The defendants responded and the plaintiff replied. Exemplary damages is not a subject of a separate claim for relief. It may be available as an additional remedy for the claims for relief already pleaded in this civil action, depending upon the evidence at trial. It is therefore

    ORDERED that the motion for leave to file amended complaint is denied.

    Dated: April 29th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge