IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02148-RPM

KATHLEEN LABRASH,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY and
REPUBLIC PARKING SYSTEM,

    Defendants.

---

## ORDER STRIKING NOTICE OF DISMISSAL

On May 1, 2008, the plaintiff filed a Notice of Dismissal Without Prejudice of Defendant Republic Parking System Only [26]. The notice is not appropriate under Fed.R.Civ.P. 41(a) because Republic Parking System has filed its answer. Additionally, the notice seeks dismissal without prejudice and thereby does not dispose of the matter as to Defendant Republic Parking System. In the absence of a stipulation for dismissal signed by Republic Parking System it is

    ORDERED that the notice is stricken.

    Dated: May 2nd, 2008

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge