IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02148-RPM

KATHLEEN LaBRASH,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY and
REPUBLIC PARKING SYSTEM,

    Defendants.
_____

**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO
CLAIMS AGAINST DEFENDANT REPUBLIC PARKING SYSTEM ONLY**
_____

    THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice of the Plaintiff's claims against Defendant Republic Parking System, only. The Court, having reviewed the Stipulation and being fully apprised in the premises, hereby FINDS, CONCLUDES and ORDERS as follows:

    Inasmuch as a complete resolution of all claims between the Plaintiff and Defendant Republic Parking System has been concluded, those claims are hereby dismissed with prejudice, each party to pay his, her, or its own costs and attorney fees under Fed. R. Civ. P. 41(a)(1)(ii). This Order shall not affect the claims between the Plaintiff and Defendant Hartford Fire Insurance Company.

    Dated this 5th day of May, 2008.

                                                 BY THE COURT:

                                                 s/Richard P. Matsch

                                                 _____

                                                 Richard P. Matsch, Senior Judge