IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02148-RPM

KATHLEEN LaBRASH,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

___

**ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF THE SCHEDULING ORDER TO EXTEND TIME FOR SUBMISSION OF REBUTTAL EXPERT DISCLOSURES AND DISCOVERY CUT-OFF**
___

This matter comes before the Court on the Unopposed Motion for Modification of the Scheduling Order to Extend Time for Submission of Rebuttal Expert Disclosures and Discovery Cut-Off. Having reviewed the same, and being fully advised in the premises, the Court hereby finds and concludes:

The unopposed motion is hereby granted. The Scheduling Order is modified in that the deadline for submitting rebuttal expert reports under Fed. R. Civ. P. 26(a)(2) is extended to and including July 7, 2008. The deadline for serving written discovery requests is extended to July 2, 2008. The discovery cut-off is extended up to and including August 5, 2008.

Done this 18th day of June, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge