IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02148-RPM

KATHLEEN LABRASH,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY and
REPUBLIC PARKING SYSTEM,

    Defendants.

---

ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that this case is ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **October 3, 2008, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **September 25, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: August 22nd, 2008

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge