IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02148-RPM

KATHLEEN LaBRASH,

        Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

        Defendant.
_____

**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO CLAIMS AGAINST DEFENDANT HARTFORD FIRE INSURANCE COMPANY**
_____

        THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice of the Plaintiff's claims against Defendant, Hartford Fire Insurance Company. The Court, having reviewed the Stipulation and being fully apprised in the premises, hereby FINDS, CONCLUDES and ORDERS as follows:

        Inasmuch as a complete resolution of all claims between the Plaintiff, Kathleen LaBrash, and the Defendant, Hartford Fire Insurance Company, has been concluded, those claims are hereby dismissed with prejudice, each party to pay her or its own costs and attorney fees under Fed. R. Civ. P. 41(a)(1)(ii).

        Dated this 29th day of August, 2008.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge